IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOZAY ROYAL, | : |
| | :    CIVIL ACTION |
|     Plaintiff, | :    NO. 21-4439 |
| | : |
|  v. | : |
| | : |
| MACY'S CORPORATION, et al. | : |
| | : |
|     Defendants. | : |

**O R D E R**

**AND NOW** this **6th** day of **September, 2022,** upon consideration of the motions to dismiss the second amended complaint filed by Defendants Macy's Corporation (ECF No. 40) and Jay Nakahara (ECF No. 42), and the responses thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the motions are **GRANTED** and Royal's claims are **DISMISSED with prejudice.**

    The Clerk of Court shall mark this case as **CLOSED.**

    **AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO,   J.**